UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MELESIO ANTONIO, *individually and on behalf* :
*of others similarly situated*, :
                                      Plaintiff, :      21 Civ. 1871 (LGS)
:
              -against-                 :           ORDER
:
BILGE INC. et al., :
:
                                 Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter is scheduled for April 29, 2021, at 11:00 a.m.

      WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan by April 22, 2021.

      WHEREAS, the parties did not their joint letter and proposed case management plan. Accordingly, it is hereby

      **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on April 26, 2021**. If Defendants refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, as soon as possible and no later than **noon on April 26, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

Dated: April 23, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE