```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MELESIO ANTONIO, individually and on behalf                  :
of other similarly situated,                                 :
                                  Plaintiff,                 :     21 Civ. 1871 (LGS)
                                                             :
                   -against-                                 :     ORDER
                                                             :
BILGE, INC. et al.,                                          :
                                  Defendants.                :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 29, 2021, at 11:00 a.m.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.  It is further

**ORDERED**, regarding amendment of the Complaint to substitute corporate defendants, by **May 24, 2021**, Plaintiff shall file any such amended Complaint.

Dated: April 26, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**