UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELESIO ANTONIO, ET AL.,
                    Plaintiffs,

          -against-

BILGE INC., ET AL.,
                    Defendants.
------------------------------------------------------------X

21 Civ. 1871 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 13, 2021, required Defendants' counsel, Vincent Edward Bauer, to file a letter by August 20, 2021, stating whether he provided the Order dated August 5, 2021, to Defendants;

    WHEREAS, Defendants' counsel has not filed the letter; it is hereby

    **ORDERED** that Defendants' counsel shall file the letter by **August 25, 2021**.

Dated: August 23, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**