UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MELESIO ANTONIO,                                             :
                      Plaintiff,              :
                                        :
            -against-                                  :   21 Civ. 1871 (LGS)
                                        :
                                        :   <u>ORDER</u>
MELISSA YEGEN et al.,                                        :
                      Defendants.             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 5, 2021, notified Defendant Sip Sak Inc. that it must obtain representation through a licensed attorney by September 6, 2021, and that failure to do so may constitute grounds for entry of default;

      WHEREAS, no counsel has appeared for Defendant Sip Sak Inc.  It is hereby

      **ORDERED** that, by **September 17, 2021**, Defendant Melissa Yegen shall file a letter stating whether she intends to defend this action; it is further

      **ORDERED** that, by **September 24, 2021**, Plaintiff shall file a letter proposing a date to present an Order to Show Cause for default judgment as to Defendant Sip Sak Inc. and related papers as provided in the Court's Individual Rules.  If Defendant Yegen fails to file a letter by September 17, 2021, or expresses an intent not to defend this action, then Plaintiff shall include Defendant Yegen in the Order to Show Cause for default judgment papers.

      The Clerk of Court is respectfully directed to mail this Order to Defendants at 928 Second Ave., New York, NY 10022, and 7000 Blvd. East, Apt. 26L, Guttenberg, NJ 07093.

Dated: September 8, 2021
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE