UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MELESIO ANTONIO,                                            :
                              Plaintiff,                    :
                                                            :      21 Civ. 1871 (LGS)
            -against-                                       :
                                                            :      ORDER
MELISSA YEGEN, et al.,                                      :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated April 26, 2021, required the parties to file a status letter on September 9, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter.  It is hereby

    **ORDERED** that, by **September 14, 2021**, the parties shall file the status letter.  If Plaintiff has been unable to contact Defendants, Plaintiff shall file the status letter on her own.

    The Clerk of Court is respectfully directed to mail this letter to Defendants.

Dated: September 10, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE