UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELESIO ANTONIO,
                            Plaintiff,

                 -against-                         21 Civ. 1871 (LGS)

                                           ORDER
MELISSA YEGEN, et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated September 8, 2021 (Dkt. No. 31), required Plaintiff to file a letter proposing a date to present an Order to Show Cause for default judgment as to Defendant Sip Sak Inc. and related papers as provided in the Court's Individual Rules;

       WHEREAS, the Order dated September 8, 2021, directed Plaintiff to include Defendant Yegen in the Order to Show Cause for default judgment papers if Defendant Yegen did not file a letter by September 17, 2021;

       WHEREAS, Defendant Yegen did not file a letter;

       WHEREAS, Plaintiff did not comply with the Order dated September 8, 2021.  It is hereby

       **ORDERED** that the Plaintiff shall file the letter and related papers required by the Order dated September 8, 2021, by **October 4, 2021**.

       The Clerk of Court is respectfully directed to mail this Order to Defendants at 7000 Blvd. East, Apt. 26L, Guttenberg, NJ 07093.

Dated:  September 27, 2021
          New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE