UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELESIO ANTONIO, individually and on behalf of others similarly situated,

          Plaintiffs,

-v-

SIPSAK INC. (D/B/A SIP SAK) and MELISSA YEGEN,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 1871 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 28, 2022, the Court issued a Report and Recommendation ("R&R") and directed Plaintiff Melesio Antonio ("Antonio") to serve a copy of the R&R on Defendants and file proof of service on the docket by August 2, 2022. To date, Antonio has not filed proof of service on the docket. Accordingly, Antonio shall serve a copy of the R&R on Defendants and file proof of service on the docket by **Tuesday, September 6, 2022**.

Dated:    New York, New York
          August 31, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**